UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GLYNN DALE SISTRUNK, ET AL. | CIVIL ACTION NO. 18-cv-0516 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| GREGORY LAMAR HADDOX, ET AL. | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Gregory Lamar Haddox's **Motion for Sanctions (Doc. 22)** is denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____13th____ day of ____March____, 2019.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE